IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 74.71.0.9

**ISP:** Time Warner Cable
**Physical Location:** New York, NY

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 09/17/2017 08:20:12 | 77160F5EA4ACC74375E9A8C66B34DE43D7B2E9F8 | Take Your Picture |
| 07/26/2017 14:53:06 | 48362D25E7354117C13F93FD7D9DEB993061F3EE | Threesome With a View |
| 07/08/2017 13:57:25 | 418612CDA063819CF12372355DCD2C2573FD0337 | Truth or Dare |
| 06/10/2017 09:49:59 | 4F3B636AD5FF88A80F2D74935CD0093C61F427D3 | Sweeter Than Wine |
| 06/10/2017 09:13:21 | DDBAB366A23DE818C1DCD4F00C4BC42DFA6A49A0 | Wet Perfection |
| 03/19/2017 12:03:27 | 0175B7690BC5E044C0E5C93299A6B6A0A34E618F | Deep Inside Gina |
| 03/14/2017 03:48:30 | 8804928FE8C7D028F95189478E180611B4ABB1BF | A Fucking Hot Threesome |
| 03/05/2017 02:11:05 | 100AE6815D8B948D0C4AEDB158323B4AAEF3C949 | Paint Me White |
| 03/04/2017 19:31:43 | 311FC1754315324ABD3FF2E50D5683275A04031F | In Love With Little Caprice |
| 03/04/2017 17:29:54 | C5521BF8614496A2AA03192075F98F74FDFC321F | In the blind |
| 12/14/2016 20:45:29 | 68E7E0614D18A0D673F757978926D1A3818F5C23 | Love Her Madly |
| 09/24/2016 07:21:26 | 5E500BF131E359609FF9041D824733A75EF7AB6D | Kiss From A Rose |
| 02/02/2015 07:46:10 | AC5F28B4BB18B6A033D9612B63AAFF4CF0F4DB0B | Maybe Yes |
| 01/31/2015 22:07:04 | E57ED74659C45C36B915F7ED7F06AC247A2BD83A | Sexy En Noir |

**Total Statutory Claims Against Defendant: 14**

EXHIBIT A

SNY389